THEODORE C. ENGLISH, as Trustee, Substituted for ISAAC H. WILLIAMSON, as Trustee of BENJAMIN WILLIAMSON, Deceased, Respondent, *v.* THOMAS A. McINTYRE et al., Appellants.

Reported below, 29 App. Div. 439.
(Submitted October 16, 1899; decided October 24, 1899.)

MOTION to advance on the calendar an appeal from a final judgment of the Supreme Court in the first judicial department, entered September 7, 1898.

The motion was made upon the ground that the plaintiff is a testamentary trustee suing as sole plaintiff, and that he is also the trustee of a fund for the support and maintenance of infants, and the appeal is entitled to a preference under subdivision 5 of section 791 of the Code of Civil Procedure, as amended by chapter 585, Laws of 1899.

*King & Jessup* for motion.

*Bowers & Sands* opposed.

Motion denied, without costs.